1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

GERONIMO CONTRERAS-CUADRAS,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

CIVIL CASE NO. 07CV1705
CRIM CASE NO. 06CR2391

**ORDER SETTING BRIEFING SCHEDULE**

17

HAYES, Judge:

18
19
20

This matter comes before the court on Plaintiff's Motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody.  Plaintiff moves the court to modify his sentence on the grounds of discrimination on the basis of alienage.

21

IT IS HEREBY ORDERED that:

22
23
24

(1) Defendant United States of America shall file a written response to the Plaintiff's Motion, including a memorandum of law and fact supporting Defendant's position no later than September 28, 2007;

25
26

(2) Defendant's response shall include copies of all pertinent documents, orders and transcripts relevant to this motion; and

27
28

(3) Any Reply by the Plaintiff  to the Defendant's Response shall  be filed no later than October 22, 2007.

1    IT IS FURTHER ORDERED that the Clerk of the Court shall serve notice of this

2  Motion and this Order upon the Defendant.

3    The court will thereafter issue a ruling.

4  DATED:  August 31, 2007

5                                                       *William Q. Hayes*

6                                        **WILLIAM Q. HAYES**
                                         United States District Judge

- 2 -