1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 **SOUTHERN DISTRICT OF CALIFORNIA**

11

12 GERONIMO CONTRERAS-CUADRAS,                    CIVIL CASE NO. 07CV1705
                                                 CRIM CASE NO. 06CR2391
13                          Petitioner/Defendant,
                                                 **ORDER**
14          v.

15 UNITED STATES OF AMERICA,

16                          Respondent/Plaintiff.

17 HAYES, Judge:

18          The matter before the Court is Petitioner/Defendant's Motion to amend his Petition

19 under 28 U.S.C. § 2255 (Doc. # 29).

20          On November 15, 2007, this Court entered and order denying Petitioner/Defendant's

21 Motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal

22 custody and 2) Petitioner/Defendant's Motion for Immediate Deportation.  The Court found

23 that Petitioner had expressly waived his right to collaterally attack his sentence which included

24 the motion pursuant to § 2255 challenging the legality of the sentence imposed.  The Court

25 further concluded that Petitioner's status as a deportable alien did not provide a basis to

26 challenge the legality of his sentence under 28 U.S.C. § 2255 and did not provide a basis for

27 a belated downward departure under the Sentencing Guidelines. (Doc. # 27).

28          Petitioner now moves the Court to amend his petition under 28 U.S.C. § 2255 to

- 1 -

1  "preserve rights that may be created from [] two reforms" in policies relating to good time

2  credits. (Doc. # 29 at 2).  The Court has concluded that Petitioner waived his right to challenge

3  the legality of his sentence under 28 U.S.C. § 2255 and finds that there are no grounds to

4  amend the Petitioner's motion under 28 U.S.C. § 2255.

5      IT IS HEREBY ORDERED that Petitioner/Defendant's Motion to amend his Petition

6  under 28 U.S.C. § 2255 (Doc. # 29) is DENIED.

7  DATED:  December 19, 2007

8                                                     *William Q. Hayes*
                                              **WILLIAM Q. HAYES**
9                                              United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28